LAWRENCE G. BROWN
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHWINDER SINGH, | No. CV F 08-1698 AWI TAG |
| Plaintiff, | JOINT STIPULATION RE: DISMISSAL AND ORDER |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the processing of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The application has now been adjudicated. Accordingly, the parties stipulate to dismissal of this action.

Dated: April 28, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ James Makasian
James Makasian
Attorney for the Plaintiff

-1-

## ORDER

IT IS SO ORDERED.

**Dated:   May 6, 2009**                    /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE